| AO-10<br>Rev: 1/94 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1994 | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Mollway, Susan O. | 2. Court or Organization<br><br>U.S. District Court, Hawaii | 3. Date of Report<br><br>12 /22 / 95 |
|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status; Magistrate judges indicate<br>full- or part-time)<br><br>U.S. District Judge--Active | 5. Report Type (check appropriate type)<br><br> X  Nomination, Date 12/21/95<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1 /1 /94 - 12/21/95 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 Ala Moana Boulevard<br>Honolulu, HI  96850 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed.  Complete all parts,
checking the NONE box for each section where you have no reportable information.  Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐   NONE   (No reportable positions) | |
| Partner | Cades Schutte Fleming & Wright |
| Arbitrator | State of HI    Court-Annexed Arbitration Program |
| Secretary | HI Women's Legal Foundation |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐   NONE  (No reportable agreements) | |
| 1995 | Cades Schutte Fleming & Wright (Retirement Plan) |
| | |
| | |

## III. NON-INVESTMENT INCOME.   (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | | ☐   NONE   (No reportable non-investment income) | |
| 1 | 1/1/95 –<br>11/30/95 | Cades Schutte Fleming & Wright<br>(provided legal services as partner) | $130,012 (G) |
| 2 | 1993-95 | State of HI (Court Annexed Arbitration Program)<br>(Arbitrator) | $     300 |
| 3 | 1994 | Cades Schutte Fleming & Wright<br>(provided legal services as partner) | $147,462 (G) |
| 4 | 1993 | Cades Schutte Fleming & Wright<br>(provided legal services as partner) | $180,458 (G) |
| 5 | 1993-95 | State of HI Ethics Commission<br>(executive director) | $    (S) |

-30a-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mollway, Susan O. | 12 /22 /95 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| EXEMPT | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Finance Factors, Ltd. | Equity Line of Credit (J) | K |
| Continental Savings Bank | Mortgage on apartment in which mother-in-law resides (J) | L |
| Hawaii State Employees Federal Credit Union | Unsecured credit union loan (J) | J |
| Student Loan Marketing Assoc. | Educational Loan (S) | J |
| | | ___ |
| | | ___ |
| | | ___ |

* VALUE CODES: J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000
N = $250,001 - $500,000    O = $500,001 - $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Mollway, Susan O. | Date of Report<br>12 / 22 / 95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | If not exempt from disclosure | | |
| | | | | | | | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| [ ]    **NONE** (No reportable income, assets, or transactions) | | | | | Exempt | | Exempt | | |
| 1   HI State Employees Fed Credit Union, Hon., HI (J) | A | bank accounts | L | T | | | | | |
| 2   Bank of America, FSB Honolulu, HI  (J) | A | chking accnt | J | T | | | | | |
| 3   Prudential Moosic, PA  (S) | D | 401k | K | T | | | | | |
| 4   Great Western  (S) Northridge, CA | D | 401k | L | T | | | | | |
| 5   First Hawaiian Bank Honolulu, HI | C | HR-10 | M | T | | | | | |
| 6   Diversified Investment Purchase, NY | D | 401k | l | T | | | | | |
| 7   IRA HI State Ees' FCU (S) | A | IRA | J | T | | | | | |
| 8   IRA HI State Ees' FCU | A | IRA | J | T | | | | | |
| 9   Illinois College Savings Bond (DC & S) | A | bond | J | W | | | | | |
| 10   U.S. Bonds Series EE (DC & self or spouse) | A | bonds | J | W | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mollway, Susan O. | 12/22/95 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Susan Oki Mollway_     Date _12/22/95_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

–30d–

Digitized by Google

AO-10
Rev. 1/94

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1994

Report Required by the Ethics
Reform Act of 1989, Pub. L. No
101-194, November 30, 1989
(5 U.S.C.A. App. 6, 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mollway, Susan O. | | 12 / 22 /95 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) ___ Nomination, Date / / ___ Initial ___ Annual ___ Final | 6. Reporting Period / / - / / |
|---|---|---|
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director | Hawaii Justice Foundation |
| Director | American Civil Liberties Union of Hawaii |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1994 | Chaminade University (lecturer) | $ (S) |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

-30a-

Digitized by Google

SUSAN OKI MOLLWAY
December 1995

**FINANCIAL STATEMENT**

**NET WORTH**

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 56, | 000 | | Notes payable to banks—secured | 0 | | |
| U.S. Government securities—add schedule | 0 | | | Notes payable to banks—unsecured | 10, | 583 | |
| Listed securities—add schedule | 0 | | | Notes payable to relatives | 0 | | |
| Unlisted securities—add schedule | 0 | | | Notes payable to others | 0 | | |
| Accounts and notes receivable | 0 | | | Accounts and bills due | 3, | 000* | |
| Due from relatives and friends | 0 | | | Unpaid income tax | 0 | | |
| Due from others | 0 | | | Other unpaid tax and interest | 0 | | |
| Doubtful | 0 | | | Real estate mortgages payable—add schedule | 704, | 017 | |
| Real estate owned—add schedule | 945, | 000 | | Chattel mortgages and other liens payable | 0 | | |
| Real estate mortgages receivable | 0 | | | Other debts—itemize | 10, | 396 | |
| Autos and other personal property | 20, | 000 | | | | | |
| Cash value—life insurance | 0 | | | | | | |
| Other assets—itemize | 280, | 755 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 727, | 996 | |
| | | | | Net Worth | 573, | 759 | |
| Total Assets | 1,301, | 755 | | Total liabilities and net worth | 1,301 | 755 | |
| **CONTINGENT LIABILITIES** | | | | **GENERAL INFORMATION** | | | |
| As endorser, consiner or guarantor | 0 | | | Are any assets pledged? (Add schedule.) No. | | | |
| On leases or contracts | 0 | | | Are you defendant in any suits or legal actions? No, but my law firm is. | | | |
| Legal Claims | 0 | | | Have you ever taken bankruptcy? No. | | | |
| Provision for Federal Income Tax | 0 | | | | | | |
| Other special debt | 0 | | | | | | |

* I list this figure to take into account charges (especially credit card charges) for which payment is not yet due. Such charges are paid in full monthly.

Digitized by Google

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, 101-111)

**FINANCIAL DISCLOSURE REPORT**
FOR CALENDAR YEAR 1994

| AO-10<br>Rev. 1/94 | | |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Mollway, Susan O. | 2. Court or Organization | | 3. Date of Report<br><br>12 / 22 /95 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date __/__<br>___ Initial ___ Annual ___ Final | | 6. Reporting Period<br><br>/ / - / / |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director | Hawaii Justice Foundation |
| Director | American Civil Liberties Union of Hawaii |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1  1994 | Chaminade University (lecturer) | $ (S) |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

-30e-

Digitized by Google

SUSAN OKI MOLLWAY
December 1995

**FINANCIAL STATEMENT**

**NET WORTH**
—

Provide a complete, current financial net worth statement which itemizes in detail
all assets (including bank accounts, real estate, securities, trusts, investments, and other financial
holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of
yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 56, | 000 | Notes payable to banks—secured | 0 | |
| U.S. Government securities—add schedule | 0 | | Notes payable to banks—unsecured | 10, | 583 |
| Listed securities—add schedule | 0 | | Notes payable to relatives | 0 | |
| Unlisted securities—add schedule | 0 | | Notes payable to others | 0 | |
| Accounts and notes receivable | 0 | | Accounts and bills due | 3,000* | |
| Due from relatives and friends | 0 | | Unpaid income tax | 0 | |
| Due from others | 0 | | Other unpaid tax and interest | 0 | |
| Doubtful | 0 | | Real estate mortgages payable—add schedule | 704, | 017 |
| Real estate owned—add schedule | 945, | 000 | Chattel mortgages and other liens payable | 0 | |
| Real estate mortgages receivable | 0 | | Other debts—itemize | 10, | 396 |
| Autos and other personal property | 20, | 000 | | | |
| Cash value—life insurance | 0 | | | | |
| Other assets—itemize | 280, | 755 | | | |
| | | | | | |
| | | | | | |
| | | | Total liabilities | 727, | 996 |
| | | | Net Worth | 573, | 759 |
| Total Assets | 1,301, | 755 | Total liabilities and net worth | 1,301 | 755 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | 0 | | Are any assets pledged? (Add schedule.) No. | | |
| On leases or contracts | 0 | | Are you defendant in any suits or legal actions? No, but my law firm is. | | |
| Legal Claims | 0 | | Have you ever taken bankruptcy? No. | | |
| Provision for Federal Income Tax | 0 | | | | |
| Other special debt | 0 | | | | |

\* I list this figure to take into account charges
(especially credit card charges) for which payment
is not yet due. Such charges are paid in full monthly.

Digitized by Google

| AO-10<br>Rev. 1/94 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1994 | Report Required by the Ethics<br>Before Act of 1985, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, 101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Mollway, Susan O. | 2. Court or Organization | 3. Date of Report<br><br>12 / 22 / 95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type)<br>___ Nomination, Date ___/___<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>/ / - / / |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director | Hawaii Justice Foundation |
| Director | American Civil Liberties Union of Hawaii |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income) | | |
| 1 | 1994 | Chaminade University (lecturer) | $ (S) |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| 5 | | | $ |

-30e-

Digitized by Google

SUSAN OKI MOLLWAY
December 1995

**FINANCIAL STATEMENT**

**NET WORTH**

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 56, | 000 | Notes payable to banks—secured | 0 | |
| U.S. Government securities—add schedule | 0 | | Notes payable to banks—unsecured | 10, | 583 |
| Listed securities—add schedule | 0 | | Notes payable to relatives | 0 | |
| Unlisted securities—add schedule | 0 | | Notes payable to others | 0 | |
| Accounts and notes receivable | 0 | | Accounts and bills due | 3, | 000* |
| Due from relatives and friends | 0 | | Unpaid income tax | 0 | |
| Due from others | 0 | | Other unpaid tax and interest | 0 | |
| Doubtful | 0 | | Real estate mortgages payable—add schedule | 704, | 017 |
| Real estate owned—add schedule | 945, | 000 | Chattel mortgages and other liens payable | 0 | |
| Real estate mortgages receivable | 0 | | Other debts—itemize | 10, | 396 |
| Autos and other personal property | 20, | 000 | | | |
| Cash value—life insurance | 0 | | | | |
| Other assets—itemize | 280, | 755 | | | |
| | | | | • | |
| | | | Total Liabilities | 727, | 996 |
| | | | Net Worth | 573, | 759 |
| Total Assets | 1,301, | 755 | Total liabilities and net worth | 1,301 | 755 |
| **CONTINGENT LIABILITIES** | | | **GENERAL INFORMATION** | | |
| As endorser, comaker or guarantor | 0 | | Are any assets pledged? (Add schedule) No. | | |
| On leases or contracts | 0 | | Are you defendant in any suits or legal actions? No, but my law firm is. | | |
| Legal Claims | 0 | | Have you ever taken bankruptcy? No. | | |
| Provision for Federal Income Tax | 0 | | | | |
| Other special debts | 0 | | | | |

* I list this figure to take into account charges (especially credit card charges) for which payment is not yet due. Such charges are paid in full monthly.

Digitized by Google

Susan Oki Mollway
December 22, 1995
Schedules to Financial Statement
Page 1

## ASSETS

**Real estate owned:**

Primary residence           Est. value $800,00
2211 Halakau Street
Honolulu, HI 96821
(owned with spouse)

Studio apartment           Est. value $145,000
818 S. King Street
Honolulu, HI 96813
(99% owned with spouse,
1% owned by mother-in-law)

**Other assets:**

IRA for applicant          $3367
Hawaii State Employees Federal Credit Union
560 Halekauwila Street
Honolulu, HI 96813
Account No. 9928401

IRA for applicant's spouse    $3367
Hawaii State Employees Federal Credit Union
560 Halekauwila Street
Honolulu, HI 96813
Account No. 9926400

401K for applicant         $55,926
Diversified Investment Advisors
4 Manhattanville Road
Purchase, NY 10577
Account No. JR60909-0001
(This is not a self-directed or
segregated account. This is the
law firm's program. Applicant's
individual balance is filed under
applicant's social security number--

401K for spouse         $99,343
Hawaii Benefits, Inc.
567 S. King Street, Suite 186
Honolulu, HI 96813
(This is not a self-directed or

Digitized by Google

Susan Oki Mollway
December 22, 1995
Schedules to Financial Statement
Page 2


segregated account.  This is a
program for State of Hawaii
employees. Of these funds, $57,843
is with Great Western of Northridge,
CA, until February, 1996, and
$41,500 is with Prudential of Moosic,
PA.)

HR-10 for applicant            $115,252
First Hawaiian Bank
1132 Bishop Street
Honolulu, Hawaii 96813
(This is not a self-directed or
segregated account.  This is the
law firm's program.)

United States Savings Bonds    Est. $1000
Series EE
(These bonds are in the name of
applicant's dependent child, born
in 1991, in some cases together
with applicant or applicant's
spouse.  The aggregated face
value at maturity of the bonds,
which are in varying amounts and bear
varying dates, is $3150.)

State of Illinois              Est. $2500
College Savings Bond
(This bond is in the name of
applicant's spouse and applicant's
dependent child, born in
1991.  The face value of the bond
at maturity in 2009 is $5000.
Its value at the time of purchase
in 1992 was $1823.)

Digitized by Google